Exhibit "A"

**COMPLETE THIS SECTION**

Items 1, 2, and 3.
name and address on the reverse
can return the card to you.
card to the back of the mailpiece,
front if space permits.

ssed to:

UPS MACHINERY SERVICES INC.
C/O CAPITOL CORPORATE SER
2 N JACKSON ST SUITE 605
MONTGOMERY, AL 36104



9590 9402 5311 9154 4217 98

2. Article Number (Transfer from service label)

7019 0700 0000 3957 3421

PS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
OCT 18 2019

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

19-CV-19-997103

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

Exhibit "B"

DOCUMENT 11

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. D005
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ENTERPRISE FM TRUST INC.
C/O CT CORP. SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL 36104



9590 9402 5311 9154 4218 11

2. Article Number (Transfer from service label)

7019 0700 0000 3957 3445

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jennifer Eastwood_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   OCT 18 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

C19/disc
02-CV-19-902793

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return

Exhibit "C"



## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: PATRICK PATRONAS**



alacourt.com

County: **02**    Case Number: **CV-2019-902793.00**    Court Action:

Style: **VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL**

Real Time

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **02-MOBILE** | Case Number: | **CV-2019-902793.00** | Judge: | **BHB:BEN H. BROOKS** |
| Style: | **VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL** | | | | |
| Filed: | **10/14/2019** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **BENCH** | Track: | **FAST** | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **3** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Disposition Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:

Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subpoenas: | | Last Update: | **10/15/2019** | Updated By: | **JOD** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 07/10/2020 | 001 | 09:00 AM | READ - CERT TO BE FILED |

## Parties

*Party 1 - Plaintiff INDIVIDUAL - TAYLOR VIRGINIUS LESLIE JR.*

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | TAYLOR VIRGINIUS LESLIE JR. | | Type: | I-INDIVIDUAL |
| Index: | D UPS MACHINER | Alt Name: | | Hardship: No | JID: | BHB |
| Address 1: | 204 LAKEWOOD DRIVE WEST | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | |
| City: | MOBILE | State: | AL | Zip: | 36608-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: | Service Type | Service On: | | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | COU004 | | COURTNEY JOHN PATRICK III | JPC3LAW@AOL.COM | (251) 694-1001 |

### Party 2 - Defendant BUSINESS - UPS MACHINERY SERVICES INC.

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | UPS MACHINERY SERVICES INC. | | Type: | B-BUSINESS |
| Index: | C TAYLOR VIRGI | Alt Name: | | Hardship: No | JID: | BHB |
| Address 1: | C/O CAPITOL CORPORATE SER | | Phone: | (205) 000-0000 | | |
| Address 2: | 2 N JACKSON ST SUITE 605 | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 10/15/2019 | Issued Type: | C-CERTIFIED MAIL | Reissue: 10/15/2019 | Reissue Type: C-CERTIFIED MAIL |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 10/18/2019 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: |



| | | | | |
|---|---|---|---|---|
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant INDIVIDUAL - COOPER WALLACE W.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | COOPER WALLACE W. | | | Type: | I-INDIVIDUAL |
| Index: | C TAYLOR VIRGI | Alt Name: | | Hardship: | No | JID: | BHB |
| Address 1: | 43159 JERRY WILDE ROAD | | | Phone: | (205) 000-0000 | | |
| Address 2: | | | | | | | |
| City: | ROBERT | State: | LA | Zip: | 70455-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 10/15/2019 | Issued Type: | C-CERTIFIED MAIL | Reissue: | 10/15/2019 | Reissue Type: | C-CERTIFIED MAIL |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - ENTERPRISE FM TRUST INC.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | ENTERPRISE FM TRUST INC. | | | Type: | B-BUSINESS |
| Index: | C TAYLOR VIRGI | Alt Name: | | Hardship: | No | JID: | BHB |
| Address 1: | C/O CT CORP. SYSTEM | | | Phone: | (205) 000-0000 | | |
| Address 2: | 2 N JACKSON ST SUITE 605 | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 10/15/2019 | Issued Type: C-CERTIFIED MAIL | Reissue: 10/15/2019 | Reissue Type: C-CERTIFIED MAIL |
| Return: | Return Type: | Return: | Return Type: |
| Served: 10/18/2019 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

# Financial

## Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $24.15 | $24.15 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $15.42 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $315.00 | $315.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $384.15 | $399.57 | -$15.42 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2019 | CREDIT | CONV | 2020011 | 5131040 | $15.42 | C001 | 000 | | N | | | BEL |
| 10/15/2019 | RECEIPT | AOCC | 2020011 | 5131020 | $24.15 | C001 | 000 | | N | | | BEL |
| 10/15/2019 | RECEIPT | CV05 | 2020011 | 5131050 | $315.00 | C001 | 000 | | N | | | BEL |
| 10/15/2019 | RECEIPT | VADM | 2020011 | 5131060 | $45.00 | C001 | 000 | | N | | | BEL |

# Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 10/14/2019 | 2:01 PM | FILE | FILED THIS DATE: 10/14/2019      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | EORD | E-ORDER FLAG SET TO "Y"      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | ASSJ | ASSIGNED TO JUDGE: BEN H. BROOKS      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | SCAN | CASE SCANNED STATUS SET TO: N      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | ORIG | ORIGIN: INITIAL FILING      (AV01) | AJA |
| 10/14/2019 | 2:01 PM | C001 | C001 PARTY ADDED: TAYLOR VIRGINIUS LESLIE JR. | AJA |
| 10/14/2019 | 2:01 PM | C001 | INDIGENT FLAG SET TO: N      (AV02) | AJA |
| 10/14/2019 | 2:01 PM | C001 | LISTED AS ATTORNEY FOR C001: COURTNEY JOHN PATRIC | AJA |

| 10/14/2019 | 2:01 PM | C001 | C001 E-ORDER FLAG SET TO "Y" | | AJA |
| 10/14/2019 | 2:01 PM | D001 | D001 PARTY ADDED: UPS MACHINERY SERVICES INC. | | AJA |
| 10/14/2019 | 2:01 PM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D001 | CERTIFIED MAI ISSUED: 10/14/2019 TO D001 | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D001 | D001 E-ORDER FLAG SET TO "Y" | | AJA |
| 10/14/2019 | 2:01 PM | D002 | D002 PARTY ADDED: COOPER WALLACE W. | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D002 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D002 | CERTIFIED MAI ISSUED: 10/14/2019 TO D002 | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D002 | D002 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D003 | D003 PARTY ADDED: ENTERPRISE FM TRUST INC. | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D003 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D003 | CERTIFIED MAI ISSUED: 10/14/2019 TO D003 | (AV02) | AJA |
| 10/14/2019 | 2:01 PM | D003 | D003 E-ORDER FLAG SET TO "Y" | (AV02) | AJA |
| 10/14/2019 | 2:02 PM | ECOMP | COMPLAINT E-FILED. | | COU004 |
| 10/15/2019 | 11:04 AM | ESCAN | SCAN - FILED 10/15/2019 - PRE TRIAL ORDER | | JOD |
| 10/15/2019 | 3:52 PM | TRAC | CASE ASSIGNED TO: FAST    TRACK | (AV01) | JOD |
| 10/15/2019 | 3:52 PM | DAT4 | FOR: CERT TO BE FILED ON 07/10/2020 @ 0900A (AV01) | | JOD |
| 10/15/2019 | 3:52 PM | D001 | CERTIFIED MAI ISSUED: 10/15/2019 TO D001 | (AV02) | JOD |
| 10/15/2019 | 3:52 PM | D002 | CERTIFIED MAI ISSUED: 10/15/2019 TO D002 | (AV02) | JOD |
| 10/15/2019 | 3:52 PM | D003 | CERTIFIED MAI ISSUED: 10/15/2019 TO D003 | (AV02) | JOD |
| 10/15/2019 | 3:53 PM | SORD | SERVICE ORDER SENT TO D001 | | JOD |
| 10/15/2019 | 3:53 PM | SORD | SERVICE ORDER SENT TO D002 | | JOD |
| 10/15/2019 | 3:53 PM | SORD | SERVICE ORDER SENT TO D003 | | JOD |
| 10/15/2019 | 4:42 PM | ESCAN | SCAN - FILED 10/15/2019 - SUMMONS ISSUED | | JOD |
| 10/23/2019 | 1:15 PM | D001 | SERVICE OF CERTIFIED MAI ON 10/18/2019 FOR D001 | | HUP |
| 10/23/2019 | 1:17 PM | ESERC | SERVICE RETURN | | HUP |
| 10/29/2019 | 1:44 PM | D003 | SERVICE OF CERTIFIED MAI ON 10/18/2019 FOR D003 | | CHL |
| 10/29/2019 | 1:45 PM | ESERC | SERVICE RETURN | | CHL |

### Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 10/14/2019 2:02:48 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 10/14/2019 2:02:48 PM | 2 | COMPLAINT | | 4 |
| 10/14/2019 2:02:48 PM | 3 | INTERROGATORIES(R33) | Plaintiff's First Set of Discovery to Defendant UPS Machinery Services Inc. and Enterprise FM Trust Inc. | 13 |
| 10/14/2019 2:02:48 PM | 4 | INTERROGATORIES(R33) | Plaintiff's First Set of Discovery to Defendant Wallace W. Cooper | 9 |
| 10/14/2019 2:03:31 PM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 10/14/2019 2:03:31 PM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 3 |
| 10/15/2019 11:04:19 AM | 7 | PRE TRIAL ORDER | | 4 |
| 10/15/2019 4:42:50 PM | 8 | SUMMONS ISSUED | C&S AND DISCOVERY ISSUED TO DEFENDANTS - CERT MAIL | 6 |
| 10/23/2019 1:17:53 PM | 9 | SERVICE RETURN | SERVICE RETURN | 2 |
| 10/23/2019 1:17:57 PM | 10 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 10/29/2019 1:45:46 PM | 11 | SERVICE RETURN | SERVICE RETURN | 2 |
| 10/29/2019 1:46:52 PM | 12 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

*END OF THE REPORT*

DOCUMENT 1

ELECTRONICALLY FILED
10/14/2019 2:02 PM
02-CV-2019-902793.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case:<br>02<br><br>Date of Filing:<br>10/14/2019 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**VIRGINIUS LESLIE TAYLOR JR. v. UPS MACHINERY SERVICES INC. ET AL**

**First Plaintiff:** ☐ Business ☑ Individual     **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
           R ☐ REMANDED            T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
COU004          10/14/2019 2:02:46 PM              /s/ J. PATRICK COURTNEY III
                      Date                         Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
10/14/2019 2:02 PM
02-CV-2019-902793.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| VIRGINIUS LESLIE TAYLOR, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| | * | CIVIL ACTION NO. |
| UPS MACHINERY SERVICES, INC.; | * | |
| WALLACE W. COOPER; ENTERPRISE | * | CV-2019-_____ |
| FM TRUST, INC.; AND Defendants A, B, | * | |
| and C, being the persons, firms, | * | |
| corporations, associates, partnerships, or | * | |
| other entities who were the employer or | * | |
| principal of Defendant Wallace W. Cooper | * | |
| at the time and date of the accident made | * | |
| the basis of the Complaint; all of whose | * | |
| names and true legal identities are otherwise | * | |
| unknown at this time but who will be added | * | |
| by amendment when ascertained, jointly | * | |
| and severally, | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT

COMES NOW the Plaintiff, VIRGINIUS LESLIE TAYLOR, JR., by and through undersigned counsel, and files the following Complaint showing he is entitled to relief as follows:

1.     Plaintiff VIRGINIUS LESLIE TAYLOR, JR. is an adult resident of Mobile County, Alabama.

2.     Defendant UPS MACHINERY SERVICES, INC. ("UPS") is an entity doing business in this State.  Upon information and belief, Defendant UPS was the employer or principal of Defendant Cooper at the time of the motor vehicle collision forming the basis of this Complaint.

DOCUMENT 2

3.     Defendant WALLACE W. COOPER is an adult who, upon information and belief, was acting within the line and scope of his employment as an agent, servant and/or employee of Defendant UPS Machinery Services, Inc. at the time of the motor vehicle collision forming the basis of this Complaint.

4.     Defendant ENTERPRISE FM TRUST, INC. ("Enterprise") is an entity doing business in this State.  Upon information and belief, Defendant Enterprise was the owner or operator of the motor vehicle being operated by Defendant Cooper at the time of the motor vehicle collision forming the basis of this Complaint

5.     Defendants A, B, and C, are those persons, firms, corporations, associates, partnerships, or other entities who were the employer or principal of Defendant Cooper at the time and date of the collision made the basis of the Complaint; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally.

6.     On or about March 29, 2018, at approximately 9:04 a.m., Plaintiff Taylor was traveling in his motor vehicle southbound on Highway 45 at the intersection of Highway 158 in Mobile County, Alabama.

7.     At the same time, Defendant Cooper, within the line and scope of his employment with Defendant UPS while driving a vehicle owned by Defendant Enterprise, was traveling northbound on Highway 45.  As Defendant Cooper approached the intersection of Highway 158, he failed to yield the right of way at the traffic light, and turned left pulling out directly in front of Plaintiff's vehicle.  As a result of Defendant Cooper's actions, the vehicles collided.

8.     As a proximate result of the subject collision, Plaintiff has been caused to suffer serious personal injuries; he was seriously injured and was knocked, shocked, bruised, and

2

DOCUMENT 2

contused in and about various portions of his body; he was caused to undergo medical treatment for his injuries and will be caused to undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was temporarily and/or permanently injured; he has been rendered temporarily and/or permanently disabled; he was caused to suffer both physical and emotional pain and suffering, still so suffers, and will so suffer in the future; his vehicle was destroyed; he has lost enjoyment and quality of life; and other damages.

## FIRST CAUSE OF ACTION

9.   Plaintiff adopts the allegations contained in the preceding paragraphs herein.

10.   Defendants were guilty of negligence which caused the Plaintiff's damages as aforesaid.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in excess of the jurisdictional limits of this Court and costs of this action, plus interest.

## SECOND CAUSE OF ACTION

11.   Plaintiff adopts the allegations contained in the preceding paragraphs herein.

12.   The Defendants were guilty of wantonness which caused Plaintiff's damages as aforesaid.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in excess of the jurisdictional limits of this Court, punitive damages, and costs of this action, plus interest.

3

DOCUMENT 2

Respectfully submitted,


/s/ J. Patrick Courtney III

_____
J. PATRICK COURTNEY III          (COU004)
*Attorneys for Plaintiff, Virginius L. Taylor, Jr.*

LAW OFFICES OF J. PATRICK COURTNEY III
P. O. Box 2205
(1 North Royal Street)
Mobile, AL  36652-2205
251/694-1001
251/ 433-3752 (fax)
jpc3law@aol.com


**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

UPS MACHINERY SERVICES, INC.
c/o Capitol Corporate Services, Inc. (Registered Agent)
2 North Jackson Street, Suite 605
Montgomery, AL 36104

WALLACE W. COOPER
43159 Jerry Wilde Road
Robert, LA 70455

ENTERPRISE FM TRUST, INC.
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104


**DISCOVERY TO BE SERVED WITH COMPLAINT**

4

DOCUMENT 3

ELECTRONICALLY FILED
10/14/2019 2:02 PM
02-CV-2019-902793.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| VIRGINIUS LESLIE TAYLOR, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | |
| UPS MACHINERY SERVICES, INC.; | * | CV-2019-_____ |
| WALLACE W. COOPER; ENTERPRISE | * | |
| FM TRUST, INC.; AND Defendants A, B, | * | **TO BE SERVED** |
| and C, being the persons, firms, | * | **WITH THE COMPLAINT** |
| corporations, associates, partnerships, or | * | |
| other entities who were the employer or | * | |
| principal of Defendant Wallace W. Cooper | * | |
| at the time and date of the accident made | * | |
| the basis of the Complaint; all of whose | * | |
| names and true legal identities are otherwise | * | |
| unknown at this time but who will be added | * | |
| by amendment when ascertained, jointly | * | |
| and severally, | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT UPS MACHINERY SERVICES, INC. AND ENTERPRISE FM TRUST, INC.

COMES NOW the Plaintiff, by and through undersigned counsel of record, and pursuant to Rules 26 and 33 of the *Alabama Rules of Civil Procedure*, requests that Defendant UPS Machinery Services, Inc. and Enterprise FM Trust, Inc. answer each of the following Interrogatories under oath, in writing, separately, in the fullest detail possible, and in accordance with the definitions and instructions set forth below, the answers shall be signed by the person making them, and a copy of your answers, together with your objections, if any, shall be served no later than forty-five (45) days after service of these Interrogatories.

DOCUMENT 3

## INSTRUCTIONS

You are under a duty to seasonably supplement your response with respect to any interrogatory directly addressed to (1) the identity and location of persons having knowledge of discoverable matters, and (2) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify, and the substance of his testimony.  In addition, you are under a duty to amend a prior response if you obtain information on the basis of which you know that the response was incorrect when made, or that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

## DEFINITIONS

1.      As used herein, the terms "you," "your," or "yourself" refer to Defendant UPS Machinery Services, Inc. and Enterprise FM Trust, Inc. each of their agents, representatives and attorneys and each person acting or purporting to act on their behalf.

2.      As used herein, the term "representative" means any and all agents, employees, servants, officers, directors, attorneys or other persons acting or purporting to act on behalf of the person in question.

3.      As used herein, the term "person" means any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments and other units therein, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau or department.

4.      As used herein, the term "document" means any medium upon which intelligence or information can be recorded or retrieved and includes, without limitation, the original and

2

DOCUMENT 3

each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or date processing card, or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, <u>including</u>, without limitation, computer data files, data files, word-process documents, reports generated by databases, spreadsheets, <u>e-mails</u>, replicant data, file clones, backup data and files, file directories, residual data, deleted files still extent on hard drive, stored in computers, software, back-up tapes, file clones, etc., which are in your possession, custody or control or which were, but are no longer, in your possession, custody or control.

5.      Each of the terms "identify," "identity" or "identification" or words of like import, means (i)  when referring to a natural person, to provide information sufficient to notice a deposition of such person and to serve such person with process requiring his or her attendance at a place of examination and shall include, without limitation, his or her full name; present or last known address; the last date when such address was known or believed to be correct; his or her present or last known business affiliation, title or occupations, and each of his or her positions, titles or job description during the applicable period of time covered by any answer referring to such person, and (ii) when used in reference to a document including, without limitation, any business record, each such term means to provide information of each such document sufficient properly to identify each document in a subpoena pursuant to Rule 33, or by a request to produce pursuant to the Alabama Rules of Civil Procedure and shall include, without

3

DOCUMENT 3

limitation, and separately stated as to each document its date; the name, address, professional title, job description, position and legal or technical background of its author; the name, address and position of its recipient and each and every person receiving a copy; a general description of its subject matter and contents (in lieu of such description a copy, properly identified to the relevant interrogatory, may be attached to your answers); the name, file number or other designation or description of each and every file known to contain a copy; the name and address of the present custodian of each copy, including the original, and a description of the circumstances under which it was prepared, issued, mailed, sent or received and to or by whom issued, mailed, sent or received.

6.     For each document asserted to be privileged or otherwise excludable from discovery, the basis for such claim of privilege or other ground for exclusion shall be stated.  For any document no longer in existence, state how it passed out of existence, and identify each person having knowledge concerning such disposition and state the following:

a.     Identify the documents or information with sufficient particularity to allow the plaintiff to bring the matter before the court;

b.     State the nature of the privilege asserted;

c.     If it is a document or documents, identify its date, author, its addressee, any copy addresses and all persons who have received, copied or otherwise been permitted to see all or any part of the document or any copy thereof;

d.     Describe the subject matter discussed in the document and identify its present custodian.

4

DOCUMENT 3

7.      Unless otherwise specified, each interrogatory relates to, covers and requests information for any and all periods prior to the date answers are filed and requires a continuing answer.

8.      When an interrogatory requires you to "state the basis of" a particular claim, contention or allegation, state in your answer the identity of each and every communication and each and every legal theory that you think supports, refers to or evidences such claim, contention or allegation.

9.      As used herein, the word "or" appearing in an interrogatory should not be read so as to eliminate any part of the interrogatory but, whenever applicable, it should have the same meaning as the word "and."  For example, an interrogatory stating "support or refer" should be read as "support and refer" if any answer that does both can be made.

### INTERROGATORIES AND REQUESTS FOR PRODUCTION

1.      Please produce complete copies of any policies of liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in this suit.  Such would include any self-insured retention relative to any insurance identified in your response.  Please ensure that the produced policies include the applicable policy limits.

**RESPONSE:**

2.      Please produce all documents that these Defendants receive in response to all non-party subpoenas issued by them in this case.   **NOTE:** Please consider this request ongoing in nature and subject to the requirements to supplement found in Rule 26, *Ala. R. Civ. P.*

**RESPONSE:**

3.      For each expert witness you intend to call at trial, please provide the following

5

DOCUMENT 3

information and/or produce the following materials:

    a.  State the substance of the facts and opinions to which the expert is expected to testify;

    b.  State the substance of the facts and opinions upon which the expert may rely in providing his or her opinions;

    c.  Describe the expert's qualifications, including but not limited to the expert's field of expertise, education, employment history, and teaching or instructional experience;

    d.  Please identify all publications written or edited by the expert;

    e.  State the matters for which the expert has been retained to testify in the last five years, including the identity of the individual who retained the expert, the style of the case, the court in which the case was pending, and the identity of all other attorneys involved in the case;

    f.  State whether the expert has prepared an oral or written report of the expert's findings and/or conclusions;

    g.  Produce a current resume or curriculum vitae for the expert; and

    h.  Produce all documents the expert has reviewed, analyzed, relied upon, or considered in this case.

**RESPONSE:**

    4.    Please identify all persons known to these Defendants to have <u>any knowledge</u> concerning the facts or circumstances surrounding the incident made the basis of this lawsuit, by providing the following information:

    a.  Full legal name;

    b.  Affiliation with the Defendants (if any);

    c.  Job title or capacity;

    d.  Address and telephone number; and

    e.  General substance of person's knowledge.

6

**RESPONSE:**

5.      Please state the name, last known address and telephone number of each person you believe was or may have been an <u>eye-witness</u> to the incident made the basis of this suit.

**RESPONSE:**

6.      Please state the following with respect to Defendant Cooper's employment as of the day that the crash at issue in this case occurred:

      a.   The name of the business entity who employed him;

      b.   His date of hire;

      c.   All titles or positions they held and the associated date range(s);

      d.   His specific duties, responsibilities and supervisor as of the date of the crash made the basis of this action; and

      e.   Whether he was acting within the line and scope of their employment at the time of the crash.

**RESPONSE:**

7.      Please produce all incident reports and/or accident reports generated, created and/or obtained by these Defendants that relate in any way to the crash forming the basis of this suit.

**RESPONSE:**

8.      Please produce <u>color copies</u> of all photographs and/or video recordings that are in the Defendants' possession (including the constructive possession of its employees, agents, or representatives), and that reflect: (i) the scene of the subject crash as it existed at any time on or after the day of the crash at issue in this case; **and/or** (ii) any of the vehicles involved in the crash at any time on or after the day of the crash at issue in this case.

**RESPONSE:**

9.      Please identify the owner of the vehicle being driven by Defendant Cooper at the time of the subject crash forming the basis of this suit and whether Defendant Cooper had permission to operate the vehicle.  If Defendant Cooper did not have such permission, provide the legal and factual basis for such denial.

**RESPONSE:**

10.     State specifically and in detail your understanding of exactly how the incident referred to in this suit occurred, including; without limitation, the speed and location of the vehicles preceding and at the time of impact.

**RESPONSE:**

11.     State in detail the purpose of the trip Defendant Cooper was making at the time of the incident made the basis of this suit.

**RESPONSE:**

12.     Do you contend that the act or acts of any party other than the Defendants in any way caused and/or contributed to the incident made the basis of this suit?  If so, please state the full name and last known address of such other party and describe in detail the act or acts of such other party which you contend caused and/or contributed to the incident made the basis of this suit.

**RESPONSE:**

13.     Please identify the complete cell phone number and service provider of each and every cell phone that Defendant Cooper had in his/her possession at the time of the incident made the basis of this suit.

**RESPONSE:**

8

14.     For any affirmative defenses asserted, provide the factual and legal reasoning, basis, underpinning, etc. for such defenses.

**RESPONSE:**

15.     Please produce a complete copy of your policies and/or procedures relating to the safe operation of vehicles, <u>as they existed on the day of the crash forming the basis of this suit</u>.

**RESPONSE:**

16.     Please identify all representatives of this Defendant (including any employees, agents, servants or representatives) who responded to the scene of the subject crash <u>at any time</u> on or after the date of the crash made the subject of this suit.   **<u>NOTE</u>**: For each such individual identified, this interrogatory specifically requests the full name, last known address, last known telephone number, and all dates of employment with this Defendant.

**RESPONSE:**

17.     Please produce all training materials <u>of any type whatsoever</u> provided by this Defendant to Defendant Cooper at any time during his employment.

**RESPONSE:**

18.     Please produce the entire training file and complete personnel file of Defendant Cooper as it relates to his employment with this Defendant.

**RESPONSE:**

19.     Please produce any and all documents that relate in any way whatsoever to **<u>any</u>** drug-testing and/or alcohol-testing that was performed on Defendant Cooper <u>at any time during his employment with this Defendant</u>.

**RESPONSE:**

DOCUMENT 3

20.     Please produce all Driver Logs that relate in any way to the driving that Defendant Cooper performed in the 4 weeks preceding the crash at issue in this suit and the 4 weeks following said crash.

**RESPONSE:**

21.     Please produce the Employee Manual and/or Employee Handbook and/or Driver Manual and/or Safety Manual (however designated or called) that was used by this Defendant at any point in the five years preceding the crash forming the basis of this suit.

**RESPONSE:**

22.     Please produce all documents generated, created, and or used by this Defendant to train its employees at any time during the 5 years prior to the crash forming the basis of this suit, and that consist of and/or refer to in any way rules, policies, procedures and/or guidelines relevant to safety measures of any type whatsoever.

**RESPONSE:**

23.     Please produce all documents generated by, created by, used by and/or otherwise in the possession of this Defendant as of the day of the crash forming the basis of this suit, and that refer in any way to potential hazards posed by distracted driving.

**RESPONSE:**

24.     Please produce the entire service, maintenance and repair file for the vehicle being operated by Defendant Cooper for this Defendant at the time of the subject crash.

**RESPONSE:**

25.     Please identify any and all third-parties that this Defendant (or anyone else) hired at any time to perform service, maintenance and repair work for the vehicle being operated by Defendant Cooper for this Defendant at the time of the subject crash.

10

**RESPONSE:**

26.     Please produce the results, printouts, information and/or documents of any computer data obtained from this Defendant's vehicle that was involved in motor vehicle crash described in this suit, and that relates to data recordings made at any point from 30 minutes prior to the crash to 5 minutes after the impact. **NOTE:** This request specifically includes such information and materials from any electronic control device (ECD), electronic data recorder (EDR), onboard electronic devices, any GPS systems, any remote tracking devices, any remote computer systems and/or any software system.

**RESPONSE:**

27.     Please produce all documents, computer printouts, electronic data and/or electronic reports generated, created, printed, obtained and/or otherwise obtainable by this Defendant that show the speed, braking input, steering input, location, and/or change in velocity of this Defendant's vehicle that was involved in the crash described in this suit, during the time-period from 30 minutes prior to the crash to 5 minutes after the impact.

**RESPONSE:**

28.     Did this Defendant have any video recording devices and/or driver cams that were recording Defendant Cooper at any time on the date of the crash described in this suit?  If so, please produce such recordings.

**RESPONSE:**

29.     Please list every medical provider from whom Defendant Cooper has sought medical treatment for any injuries he suffered as a result of the crash described in this suit.

**RESPONSE:**

11

DOCUMENT 3

30.    Has Defendant Cooper filed a workers compensation claim against this Defendant relating in any way to the crash described in this suit? If so, please produce any and all documents relating thereto.

**RESPONSE:**

31.    Please produce a complete copy of all training videos, training DVDs, and computer-based training modules that this Defendant used to train its drivers and/or otherwise impart safety information to its drivers at any point from January 1, 2013 to present.

**RESPONSE:**

32.    Has this Defendant undertaken any remedial measures as a result of the incident described in this suit? If so, please:

      a.  Describe in detail what measures were undertaken;

      b.  Identify the person(s) responsible for implementing the measures;

      c.  State the purpose or rationale for implementing the measures;

      d.  Produce all documents of any kind whatsoever relating to the measures; and

      e.  Produce all photographs of any kind whatsoever relating to the measures.

**RESPONSE:**

33.    Have any claims of any type or kind (including but not limited to insurance claims, complaints, lawsuits, and/or direct claims) been made known to you or been brought to your attention during the period from January 1, 2013 to present, arising from allegations that one of this Defendant's drivers caused a crash or otherwise injured a person or damaged a vehicle in any way whatsoever.

**RESPONSE:**

34.    If your answer to the previous request was "Yes": Please:

DOCUMENT 3

    a.   Identify the date, time, location, driver (by name and last known address), and general circumstances for each such claim;

    b.   Produce all incident reports generated, created, and/or obtained by this Defendant (including employees, agents, or representatives of this Defendant) that relate to each such claim; and

    c.   Produce all documents of any type or kind that relate to each such claim.

**RESPONSE:**

35.    Please "identify" all documents that are responsive to any of the above requests but that you have withheld on the basis of some privilege.

**RESPONSE:**

36.    Please produce any and all documents referencing, relating, or regarding the load Defendant Cooper's vehicle was transporting at the time of the incident made the basis of this action.

**RESPONSE:**

Respectfully submitted,

/s/ *J. Patrick Courtney III*

J. PATRICK COURTNEY III    (COU004)
*Attorneys for Plaintiff, Virginius L. Taylor, Jr.*

LAW OFFICES OF J. PATRICK COURTNEY III
P. O. Box 2205
(1 North Royal Street)
Mobile, AL  36652-2205
251/694-1001
251/ 433-3752 (fax)
jpc3law@aol.com

**TO BE SERVED WITH THE COMPLAINT**

13

DOCUMENT 4

ELECTRONICALLY FILED
10/14/2019 2:02 PM
02-CV-2019-902793.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| VIRGINIUS LESLIE TAYLOR, JR., | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| | *    **CIVIL ACTION NO.** |
| UPS MACHINERY SERVICES, INC.; | *    **CV-2019-_____** |
| WALLACE W. COOPER; ENTERPRISE | * |
| FM TRUST, INC.; AND Defendants A, B, | *    **TO BE SERVED** |
| and C, being the persons, firms, | *    **WITH THE COMPLAINT** |
| corporations, associates, partnerships, or | * |
| other entities who were the employer or | * |
| principal of Defendant Wallace W. Cooper | * |
| at the time and date of the accident made | * |
| the basis of the Complaint; all of whose | * |
| names and true legal identities are otherwise | * |
| unknown at this time but who will be added | * |
| by amendment when ascertained, jointly | * |
| and severally, | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT
## WALLACE W. COOPER

COMES NOW the Plaintiff, by and through undersigned counsel of record, and pursuant

to Rules 26 and 33 of the *Alabama Rules of Civil Procedure*, requests that Defendant Wallace W.

Cooper answer each of the following Interrogatories under oath, in writing, separately, in the

fullest detail possible, and in accordance with the definitions and instructions set forth below, the

answers shall be signed by the person making them, and a copy of your answers, together with

your objections, if any, shall be served no later than forty-five (45) days after service of these

Interrogatories.

DOCUMENT 4

## INSTRUCTIONS

You are under a duty to seasonably supplement your response with respect to any interrogatory directly addressed to (1) the identity and location of persons having knowledge of discoverable matters, and (2) the identity of each person expected to be called as an expert witness at trial, the subject matter on which he is expected to testify, and the substance of his testimony. In addition, you are under a duty to amend a prior response if you obtain information on the basis of which you know that the response was incorrect when made, or that the response, though correct when made, is no longer true, and the circumstances are such that a failure to amend the response is, in substance, a knowing concealment.

## DEFINITIONS

1.      As used herein, the terms "you," "your," or "yourself" refer to Defendant Cooper, each of their agents, representatives and attorneys and each person acting or purporting to act on their behalf.

2.      As used herein, the term "representative" means any and all agents, employees, servants, officers, directors, attorneys or other persons acting or purporting to act on behalf of the person in question.

3.      As used herein, the term "person" means any natural individual in any capacity whatsoever or any entity or organization, including divisions, departments and other units therein, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau or department.

4.      As used herein, the term "document" means any medium upon which intelligence or information can be recorded or retrieved and includes, without limitation, the original and

2

DOCUMENT 4

each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or date processing card, or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, including, without limitation, computer data files, data files, word-process documents, reports generated by databases, spreadsheets, e-mails, replicant data, file clones, backup data and files, file directories, residual data, deleted files still extent on hard drive, stored in computers, software, back-up tapes, file clones, etc., which are in your possession, custody or control or which were, but are no longer, in your possession, custody or control.

5.      Each of the terms "identify," "identity" or "identification" or words of like import, means (i)  when referring to a natural person, to provide information sufficient to notice a deposition of such person and to serve such person with process requiring his or her attendance at a place of examination and shall include, without limitation, his or her full name; present or last known address; the last date when such address was known or believed to be correct; his or her present or last known business affiliation, title or occupations, and each of his or her positions, titles or job description during the applicable period of time covered by any answer referring to such person, and (ii) when used in reference to a document including, without limitation, any business record, each such term means to provide information of each such document sufficient properly to identify each document in a subpoena pursuant to Rule 33, or by a request to produce pursuant to the Alabama Rules of Civil Procedure and shall include, without

DOCUMENT 4

limitation, and separately stated as to each document its date; the name, address, professional title, job description, position and legal or technical background of its author; the name, address and position of its recipient and each and every person receiving a copy; a general description of its subject matter and contents (in lieu of such description a copy, properly identified to the relevant interrogatory, may be attached to your answers); the name, file number or other designation or description of each and every file known to contain a copy; the name and address of the present custodian of each copy, including the original, and a description of the circumstances under which it was prepared, issued, mailed, sent or received and to or by whom issued, mailed, sent or received.

6.     For each document asserted to be privileged or otherwise excludable from discovery, the basis for such claim of privilege or other ground for exclusion shall be stated.  For any document no longer in existence, state how it passed out of existence, and identify each person having knowledge concerning such disposition and state the following:

    a.    Identify the documents or information with sufficient particularity to allow the plaintiff to bring the matter before the court;

    b.    State the nature of the privilege asserted;

    c.    If it is a document or documents, identify its date, author, its addressee, any copy addresses and all persons who have received, copied or otherwise been permitted to see all or any part of the document or any copy thereof;

    d.    Describe the subject matter discussed in the document and identify its present custodian.

4

DOCUMENT 4

7.      Unless otherwise specified, each interrogatory relates to, covers and requests information for any and all periods prior to the date answers are filed and requires a continuing answer.

8.      When an interrogatory requires you to "state the basis of" a particular claim, contention or allegation, state in your answer the identity of each and every communication and each and every legal theory that you think supports, refers to or evidences such claim, contention or allegation.

9.      As used herein, the word "or" appearing in an interrogatory should not be read so as to eliminate any part of the interrogatory but, whenever applicable, it should have the same meaning as the word "and."  For example, an interrogatory stating "support or refer" should be read as "support and refer" if any answer that does both can be made.

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

1.      Please produce <u>complete copies</u> of any policies of liability insurance of any type (including excess and/or umbrella insurance) that may conceivably provide coverage relative to the allegations and events described in the Complaint.  Please ensure that the produced policies include the applicable policy limits.

**RESPONSE:**

2.      Please produce all documents that the Defendant received in response to all non-party subpoenas issued by them in this case.   **NOTE:** Please consider this request ongoing in nature and subject to the requirements to supplement found in Rule 26, *Ala. R. Civ. P.*

**RESPONSE:**

3.      For each expert witness you intend to call at trial, please provide the following information and/or produce the following materials:

DOCUMENT 4

    a.   State the substance of the facts and opinions to which the expert is expected to testify;

    b.   State the substance of the facts and opinions upon which the expert may rely in providing his or her opinions;

    c.   Describe the expert's qualifications, including but not limited to the expert's field of expertise, education, employment history, and teaching or instructional experience;

    d.   Please identify all publications written or edited by the expert;

    e.   State the matters for which the expert has been retained to testify in the last five years, including the identity of the individual who retained the expert, the style of the case, the court in which the case was pending, and the identity of all other attorneys involved in the case;

    f.   State whether the expert has prepared an oral or written report of the expert's findings and/or conclusions;

    g.   Produce a current resume or curriculum vitae for the expert; and

    h.   Produce all documents the expert has reviewed, analyzed, relied upon, or considered in this case.

**RESPONSE:**

4.   Please identify all persons known to the Defendant to have <u>any knowledge</u> concerning the facts or circumstances surrounding the incident made the basis of this lawsuit, by providing the following information:

    a.   Full legal name;

    b.   Affiliation with the Defendants (if any);

    c.   Job title or capacity;

    d.   Address and telephone number; and

    e.   General substance of person's knowledge.

**RESPONSE:**

6

DOCUMENT 4

5.      Please state the name, last known address and telephone number of each person you believe was or may have been an <u>eye-witness</u> to the incident made the basis of this suit.

**RESPONSE:**

6.      Please state the following with respect to Defendant's employment as of the day that the accident at issue in this case occurred:

        a.   The name of the business entity who employed them;

        b.   Their dates of hire;

        c.   All titles or positions they held and the associated date range(s);

        d.   Their specific duties, responsibilities and supervisor as of the date of the accident made the basis of this action; and

        e.   Whether they were acting within the line and scope of their employment at the time of the accident.

**RESPONSE:**

7.      Please produce all incident reports and/or accident reports generated, created and/or obtained by the Defendant that relate in any way to the accident forming the basis of this Complaint.

**RESPONSE:**

8.      Please produce <u>color copies</u> of all photographs and/or video recordings that are in the Defendant's possession (including the constructive possession of its employees, agents, or representatives), and that reflect: (i) the scene of the subject crash as it existed at any time on or after the day of the accident at issue in this case; **<u>and/or</u>** (ii) any of the vehicles involved in the crash at any time on or after the day of the accident at issue in this case.

**RESPONSE:**

9.      Please identify the owner of the vehicle being driven by the Defendant at the time

DOCUMENT 4

of the subject accident forming the basis of this Complaint and whether the Defendant had permission to operate the vehicle. If the Defendant did not have such permission, provide the legal and factual basis for such denial.

**RESPONSE:**

10.     State specifically and in detail your understanding of exactly how the incident referred to in Plaintiff's Complaint occurred, including; without limitation, the speed and location of your vehicle preceding and at the time of impact.

**RESPONSE:**

11.     State in detail the purpose of the trip the Defendant was making at the time of the incident made the basis of this suit.

**RESPONSE:**

12.     Do you contend that the act or acts of any party other than the Defendant in any way caused and/or contributed to the incident made the basis of this suit? If so, please state the full name and last known address of such other party and describe in detail the act or acts of such other party which you contend caused and/or contributed to the incident made the basis of this suit.

**RESPONSE:**

13.     Please identify the complete cell phone number and service provider of each and every cell phone that the Defendant had in his/her possession at the time of the incident made the basis of this suit.

**RESPONSE:**

DOCUMENT 4

14.     Please list every medical provider from whom Defendant has sought medical treatment for any injuries or ailments caused or exacerbated by the crash described in Plaintiff's Complaint.

**RESPONSE:**

15.     Please produce a color copy of all driver licenses for the Defendant.

**RESPONSE:**

16.     For any affirmative defenses asserted, provide the factual and legal reasoning, basis, underpinning, etc. for such defenses.

**RESPONSE:**

Respectfully submitted,

*/s/ J. Patrick Courtney III*

J. PATRICK COURTNEY III        (COU004)
*Attorneys for Plaintiff, Virginius L. Taylor, Jr.*

LAW OFFICES OF J. PATRICK COURTNEY III
P. O. Box 2205
(1 North Royal Street)
Mobile, AL  36652-2205
251/694-1001
251/433-3752 (fax)
Jpc3law@aol.com

**TO BE SERVED WITH THE COMPLAINT**

9



AlaFile E-Notice

02-CV-2019-902793.00

To:  J. PATRICK COURTNEY III
jpc3law@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following complaint was FILED on 10/14/2019 2:02:49 PM

Notice Date:       10/14/2019 2:02:49 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902793.00

To:  UPS MACHINERY SERVICES INC.
C/O CAPITOL CORPORATE SER
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following complaint was FILED on 10/14/2019 2:02:49 PM

Notice Date:        10/14/2019 2:02:49 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902793.00

To:  WALLACE W. COOPER
     43159 JERRY WILDE ROAD
     ROBERT, LA, 70455

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following complaint was FILED on 10/14/2019 2:02:49 PM

Notice Date:     10/14/2019 2:02:49 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2019-902793.00

To:  ENTERPRISE FM TRUST INC.
C/O CT CORP. SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following complaint was FILED on 10/14/2019 2:02:49 PM

Notice Date:        10/14/2019 2:02:49 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902793.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL**

NOTICE TO: UPS MACHINERY SERVICES INC., C/O CAPITOL CORPORATE SER 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
J. PATRICK COURTNEY III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VIRGINIUS LESLIE TAYLOR JR. pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ J. PATRICK COURTNEY III

*(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

_____
*(Address of Server)*

_____        _____
*(Type of Process Server)*        *(Server's Signature)*

_____        _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902793.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

**NOTICE TO:** WALLACE W. COOPER, 43159 JERRY WILDE ROAD, ROBERT, LA 70455

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), J. PATRICK COURTNEY III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VIRGINIUS LESLIE TAYLOR JR.

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ J. PATRICK COURTNEY III

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902793.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

**NOTICE TO:** ENTERPRISE FM TRUST INC., C/O CT CORP. SYSTEM 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), J. PATRICK COURTNEY III

<em>[Names(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of _VIRGINIUS LESLIE TAYLOR JR._ pursuant to the Alabama Rules of the Civil Procedure.

<em>[Name(s)]</em>

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: | |
| --- | --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ J. PATRICK COURTNEY III

<em>(Plaintiff's/Attorney's Signature)</em>

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<em>(Name of Person Served)        (Name of County)</em>

Alabama on _____

<em>(Date)</em>

| | |
| --- | --- |
| _____ | _____ |
| *(Type of Process Server)* | *(Address of Server)* |
| _____ | |
| *(Server's Signature)* | |
| _____ | _____ |
| *(Server's Printed Name)* | *(Phone Number of Server)* |

DOCUMENT 7

Revised 1-1-04; 4-1-99; 11-1-99

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| _____ | * | |
| _____ | * | |
| Plaintiff(s) | * | |
| vs. | * | CIVIL ACTION NO. _____ |
| _____ | * | DATE COMPLAINT FILED _____ |
| _____ | * | |
| Defendant(s) | * | |

<u>ASSIGNMENT TO EXPEDITED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER</u>

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

<u>OBJECTION TO INCLUSION IN SYSTEM</u>

If a party to this cause believes that the cause is extremely complex or will involve unique problems <u>and</u> will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. <u>If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.</u>

<u>DISCOVERY</u>

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

<u>MOTION TO SET AND CERTIFICATE OF READINESS</u>

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)    The date the complaint was filed;

DOCUMENT 7

(2)    That the issues in the case have been defined and joined;

(3)    That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)    That a jury trial has or has not been demanded;

(5)    The expected length of the trial expressed in hours and/or days;

(6)    A brief description of the plaintiff's claim;

(7)    The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)    That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)    That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)   That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

DOCUMENT 7

## NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar).

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.   **EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY**

a.      Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying.  The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence.  The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.      Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.      Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.   **DOCTOR, HOSPITAL AND MEDICAL RECORDS**

a.      If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.      Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.      The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.   **DAMAGES**

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial.  Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.   **AGENCY-TIME AND PLACE-DUTY**

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial.  The objections shall include the correct name and entity and/or the grounds relied on.

DOCUMENT 7

5.    **EXPERTS**

a.      Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.      Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.      Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.      Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    **JURY INSTRUCTIONS**

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.    **JURY SELECTION**

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.    **DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.    **MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.    **CONFLICTS**

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

Presiding Judge, John R. Lockett

DOCUMENT 8

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2019-902793.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL**

**NOTICE TO:** UPS MACHINERY SERVICES INC., C/O CAPITOL CORPORATE SER 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), J. PATRICK COURTNEY III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VIRGINIUS LESLIE TAYLOR JR. pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: JOJO |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ J. PATRICK COURTNEY III
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____          _____
*(Type of Process Server)*     *(Server's Signature)*

_____
*(Server's Printed Name)*

**02-CV-2019-902**
VIRGINIUS LESLIE TAYLOR JR. V. UPS MAC

C001 - VIRGINIUS LESLIE TAYLOR JR.          v.
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $_____
☐ Return Receipt (electronic)     $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required        $_____
☐ Adult Signature Restricted Delivery $_____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

DOCUMENT 8

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2019 902793.00
BEN H. BROOKS

------------------------------------------------------------

IN THE CIRCUIT  COURT OF   MOBILE      COUNTY
VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

SERVE ON:  D003


ENTERPRISE FM TRUST INC.
C/O CT CORP. SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY        ,AL  36104-0000


NOTES:
    YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/15/2019   DATE           CLERK: JOJO SCHWARZAUER           BY:____
                                      205 GOVERNMENT STREET
                                      MOBILE  AL  36644-2936
                                      (251)574-8420

------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

   _____      SIGNATURE OF SERVER
                                           _____

   _____

   NAME / ADDRESS ABOVE                    DATE_____
------------------------------------------------------------
OPERATOR: JOD
PREPARED: 10/15/2019

DOCUMENT 8

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902793.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

**NOTICE TO:** WALLACE W. COOPER, 43159 JERRY WILDE ROAD, ROBERT, LA 70455

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), J. PATRICK COURTNEY III

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VIRGINIUS LESLIE TAYLOR JR.

pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: JOD |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ J. PATRICK COURTNEY III

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)* *(Name of County)*

Alabama on _____

*(Date)*

_____ _____

*(Type of Process Server)* *(Server's Signature)*

_____

*(Server's Printed Name)*

**02-CV-2019-**
VIRGINIUS LESLIE TAYLOR JR. V. UPS

C001 - VIRGINIUS LESLIE TAYLOR JR. v.

*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 3957 3438

DOCUMENT 8

AVSO305

ALABAMA JUDICIAL DATA CENTER
MOBILE         COUNTY

ORDER FOR SERVICE AND RETURN

BEN H. BROOKS         CV 2019 902793.00

---

IN THE CIRCUIT  COURT OF   MOBILE      COUNTY
VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

SERVE ON:  D002

      COOPER WALLACE W.
      43159 JERRY WILDE ROAD
      ROBERT         ,LA  70455-0000

NOTES:
     YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
     YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
     TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
10/15/2019   DATE             CLERK: JOJO SCHWARZAUER          BY:____
                       205 GOVERNMENT STREET
                       MOBILE  AL  36644-2936
                       (251)574-8420

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

                                SIGNATURE OF SERVER

NAME / ADDRESS ABOVE                    DATE

OPERATOR: JOD
PREPARED: 10/15/2019

DOCUMENT 8

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2019-902793.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

**NOTICE TO:** ENTERPRISE FM TRUST INC., C/O CT CORP. SYSTEM 2 N JACKSON ST SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), J. PATRICK COURTNEY III

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P. O. BOX 2205, MOBILE, AL 36652

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of VIRGINIUS LESLIE TAYLOR JR. pursuant to the Alabama Rules of the Civil Procedure.

| 10/14/2019 | /s/ JOJO SCHWARZAUER | By: JOD |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ J. PATRICK COURTNEY III
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

Alabama on _____ *(Date)*

*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
Postmark Here

7019 0700 0000 3957 3445

02-CV-2019-90
VIRGINIUS LESLIE TAYLOR JR. V. UPS MA

C001 - VIRGINIUS LESLIE TAYLOR JR.      v.
*(Plaintiff)*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

DOCUMENT 8

AVSO305                    ALABAMA JUDICIAL DATA CENTER
                                MOBILE       COUNTY
                          ORDER FOR SERVICE AND RETURN
                                                   CV 2019 902793.00
                                             BEN H. BROOKS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
              IN THE CIRCUIT  COURT OF   MOBILE       COUNTY
  VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL

   SERVE ON:  D001


          UPS MACHINERY SERVICES INC.
          C/O CAPITOL CORPORATE SER
          2 N JACKSON ST SUITE 605
          MONTGOMERY      ,AL  36104-0000


  NOTES:
       YOU ARE REQUIRED TO RESPOND TO DISCOVERY WITHIN 45 DAYS OF SERVICE


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
              YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
              TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   10/15/2019  DATE              CLERK: JOJO SCHWARZAUER        BY:____
                                        205 GOVERNMENT STREET
                                        MOBILE  AL  36644-2936
                                        (251)574-8420

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

      _____        SIGNATURE OF SERVER

      _____

      NAME / ADDRESS ABOVE              DATE _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  OPERATOR: JOD
  PREPARED: 10/15/2019

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ Rene McShane

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

OCT 18 2019

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

cas/disc

01:ON-19-AM393

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

COMPLETE THIS SECTION

■ items 1, 2, and 3.
name and address on the reverse
can return the card to you.
card to the back of the mailpiece,
ont if space permits.

□□□

essed to:

UPS MACHINERY SERVICES INC.
C/O CAPITOL CORPORATE SER
2 N JACKSON ST SUITE 605
MONTGOMERY, AL 36104



9590 9402 5311 9154 4217 98

2. Article Number (Transfer from service label)

7019 0700 0000 3957 3421

PS

Domestic Return Receipt

DOCUMENT 9

United States
Postal Service

USPS TRACKING #

9590 9402 5311 9154 4237 98

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room
205 Government Street
Mobile, Alabama 36644-2913

First-Class M
Postage & F
USPS
Permit No. G



AlaFile E-Notice

02-CV-2019-902793.00

Judge: BEN H. BROOKS

To:  COURTNEY JOHN PATRICK III
     jpc3law@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following matter was served on 10/18/2019

**D001 UPS MACHINERY SERVICES INC.**

**Corresponding To**

CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 11

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

D005

ENTERPRISE FM TRUST INC.
C/O CT CORP SYSTEM
2 N JACKSON ST SUITE 605
MONTGOMERY, AL 36104



9590 9402 5311 9154 4218 11

**2. Article Number** *(Transfer from service label)*

7019 0700 0000 3957 3445

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X *Jennifer Lockwood*   ☐ Agent
                        ☐ Addressee

**B. Received by** *(Printed Name)*     **C. Date of Delivery**

OCT 1 8 2019

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:        ☐ No

Cas/disc
02-cv-19-902793

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return

DOCUMENT 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5311 9154 4218 11

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box®

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

2019 OCT 25   AM 10: 43



AlaFile E-Notice

02-CV-2019-902793.00

Judge: BEN H. BROOKS

To:  COURTNEY JOHN PATRICK III
jpc3law@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

VIRGINIUS LESLIE TAYLOR JR. V. UPS MACHINERY SERVICES INC. ET AL
02-CV-2019-902793.00

The following matter was served on 10/18/2019

**D003 ENTERPRISE FM TRUST INC.**

**Corresponding To**

CERTIFIED MAIL

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

Exhibit "D"

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>02<br>Date of Filing:<br>10/14/2019 | CIRCUIT COURT OF<br>MOBILE COUNTY, ALABAMA<br>JOJO SCHWARZAUER, CLERK<br><br>Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### VIRGINIUS LESLIE TAYLOR JR. v. UPS MACHINERY SERVICES INC. ET AL

First Plaintiff: ☐ Business ☑ Individual  First Defendant: ☑ Business ☐ Individual
☐ Government ☐ Other  ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
   Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
   Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

ORIGIN:  F ☑ INITIAL FILING       A ☐ APPEAL FROM DISTRICT COURT       O ☐ OTHER

R ☐ REMANDED       T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES ☑ NO  Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

| **ATTORNEY CODE:**<br>COU004 | 10/14/2019 2:02:46 PM<br>Date | /s/ J. PATRICK COURTNEY III<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**  ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☑ NO

CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

| | | |
|---|---|---|
| VIRGINIUS LESLIE TAYLOR, JR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | CIVIL ACTION NO. |
| UPS MACHINERY SERVICES, INC.; | * | |
| WALLACE W. COOPER; ENTERPRISE | * | CV-2019-_____ |
| FM TRUST, INC.; AND Defendants A, B, | * | |
| and C, being the persons, firms, | * | |
| corporations, associates, partnerships, or | * | |
| other entities who were the employer or | * | |
| principal of Defendant Wallace W. Cooper | * | |
| at the time and date of the accident made | * | |
| the basis of the Complaint; all of whose | * | |
| names and true legal identities are otherwise | * | |
| unknown at this time but who will be added | * | |
| by amendment when ascertained, jointly | * | |
| and severally, | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT

COMES NOW the Plaintiff, VIRGINIUS LESLIE TAYLOR, JR., by and through

undersigned counsel, and files the following Complaint showing he is entitled to relief as

follows:

1. Plaintiff VIRGINIUS LESLIE TAYLOR, JR. is an adult resident of Mobile

County, Alabama.

2. Defendant UPS MACHINERY SERVICES, INC. ("UPS") is an entity doing

business in this State. Upon information and belief, Defendant UPS was the employer or

principal of Defendant Cooper at the time of the motor vehicle collision forming the basis of this

Complaint.

3.    Defendant WALLACE W. COOPER is an adult who, upon information and belief, was acting within the line and scope of his employment as an agent, servant and/or employee of Defendant UPS Machinery Services, Inc. at the time of the motor vehicle collision forming the basis of this Complaint.

4.    Defendant ENTERPRISE FM TRUST, INC. ("Enterprise") is an entity doing business in this State.  Upon information and belief, Defendant Enterprise was the owner or operator of the motor vehicle being operated by Defendant Cooper at the time of the motor vehicle collision forming the basis of this Complaint

5.    Defendants A, B, and C, are those persons, firms, corporations, associates, partnerships, or other entities who were the employer or principal of Defendant Cooper at the time and date of the collision made the basis of the Complaint; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally.

6.    On or about March 29, 2018, at approximately 9:04 a.m., Plaintiff Taylor was traveling in his motor vehicle southbound on Highway 45 at the intersection of Highway 158 in Mobile County, Alabama.

7.    At the same time, Defendant Cooper, within the line and scope of his employment with Defendant UPS while driving a vehicle owned by Defendant Enterprise, was traveling northbound on Highway 45.  As Defendant Cooper approached the intersection of Highway 158, he failed to yield the right of way at the traffic light, and turned left pulling out directly in front of Plaintiff's vehicle.  As a result of Defendant Cooper's actions, the vehicles collided.

8.    As a proximate result of the subject collision, Plaintiff has been caused to suffer serious personal injuries; he was seriously injured and was knocked, shocked, bruised, and

contused in and about various portions of his body; he was caused to undergo medical treatment for his injuries and will be caused to undergo further medical treatment in the future; he was caused to incur medical expenses for the treatment of his injuries and will be caused to incur additional medical expenses in the future; he was temporarily and/or permanently injured; he has been rendered temporarily and/or permanently disabled; he was caused to suffer both physical and emotional pain and suffering, still so suffers, and will so suffer in the future; his vehicle was destroyed; he has lost enjoyment and quality of life; and other damages.

## FIRST CAUSE OF ACTION

9.    Plaintiff adopts the allegations contained in the preceding paragraphs herein.

10.   Defendants were guilty of negligence which caused the Plaintiff's damages as aforesaid.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in excess of the jurisdictional limits of this Court and costs of this action, plus interest.

## SECOND CAUSE OF ACTION

11.   Plaintiff adopts the allegations contained in the preceding paragraphs herein.

12.   The Defendants were guilty of wantonness which caused Plaintiff's damages as aforesaid.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages in excess of the jurisdictional limits of this Court, punitive damages, and costs of this action, plus interest.

Respectfully submitted,


*/s/ J. Patrick Courtney III*

_____
J. PATRICK COURTNEY III          (COU004)
*Attorneys for Plaintiff, Virginius L. Taylor, Jr.*

LAW OFFICES OF J. PATRICK COURTNEY III
P. O. Box 2205
(1 North Royal Street)
Mobile, AL  36652-2205
251/694-1001
251/ 433-3752 (fax)
jpc3law@aol.com


## DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:

UPS MACHINERY SERVICES, INC.
c/o Capitol Corporate Services, Inc. (Registered Agent)
2 North Jackson Street, Suite 605
Montgomery, AL 36104

WALLACE W. COOPER
43159 Jerry Wilde Road
Robert, LA 70455

ENTERPRISE FM TRUST, INC.
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104


## DISCOVERY TO BE SERVED WITH COMPLAINT


4

Exhibit "E"



Alabama Secretary of State

SOS Office   Elections   Services   Records   Contact

# Business Entity Records

Home  >  Government Records  >  Business Entity Records

| UPS Machinery Services, Inc. | |
|---|---|
| Entity ID Number | 003 - 938 |
| Entity Type | Foreign Corporation |
| Principal Address | 806 SEACO COURT<br>DEER PARK, TX 77536 |
| Principal Mailing Address | 806 SEACO COURT<br>DEER PARK, TX 77536 |
| Status | Exists |
| Place of Formation | Texas |
| Formation Date | 1-1-2010 |
| Qualify Date | 2-17-2011 |
| Registered Agent Name | CAPITOL CORPORATE SERVICES INC |
| Registered Office Street Address | 2 NORTH JACKSON STREET STE 605<br>MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET STE 605<br>MONTGOMERY, AL 36104 |
| Nature of Business | |
| Capital Authorized | |
| Capital Paid In | |

Exhibit "F"



Alabama Secretary of State

SOS Office    Elections    Services    Records    Contact

# Business Entity Records

Home  ›  Government Records  ›  Business Entity Records

| Enterprise FM Trust Inc. | |
|---|---|
| Entity ID Number | 939 - 600 |
| Legal Name in Place of Origin | Enterprise FM Trust |
| Entity Type | Foreign Corporation |
| Principal Address | 600 CORPORATE PARK DR<br>ST LOUIS, MO 63105 |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Delaware |
| Formation Date | 8-30-2007 |
| Qualify Date | 6-26-2008 |
| Registered Agent Name | C T CORPORATION SYSTEM |
| Registered Office Street Address | 2 NORTH JACKSON ST., SUITE 605<br>MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | |
| Capital Authorized | |
| Capital Paid In | |
| Annual Reports | |

Exhibit "G"

**TRAVELERS** 

The Travelers Home And Marine Insurance Company
P.O. Box 5076
Hartford, CT 06102-5076

06/07/2018

**Robert Govea**
**Gallagher Bassat Services**
**Po Box 2934**
**Clinton IA 52733**

| | |
|---|---|
| **Our Insured:** | Virginius L Taylor |
| **Our Claim Number:** | H7M8423 |
| **Your Insured:** | UPS MACHINERY SERVICES INC |
| **Your Claim Number:** | 005353-000307-AB-01 |
| **Date of Loss:** | 03/29/2018 |

Dear Robert Govea,

Based on the investigation by The Travelers Home And Marine Insurance Company of the above-referenced loss, your insured is liable for the resulting damages.

To date, The Travelers Home And Marine Insurance Company has paid $13,419.03, and Virginius L Taylor has paid a deductible of $500.00. I request reimbursement for $13,919.03, the total amount of payments made.

Please make a check payable to The Travelers Home And Marine Insurance Company, include the claim number H7M8423 on the check, and mail the check to:

> Travelers Claims Hartford
> PO Box 660339
> Dallas, TX 75266-0339

Once I receive payment, I will forward the deductible amount to Virginius L Taylor.

If you have any questions about this request, please contact me at the telephone number or email address listed below.

Sincerely,

Sandra Cabral
Claim Professional
Direct: (508)324-8377
Office: (800)925-7693 Ext. 324-8377
Fax: (866)304-7031
Email: SCABRAL@travelers.com
Travelers Subrogation Services

P1996

H7M8423 | 000 | FILE LEVEL | VIRGINIUS L & ANNE B. TAYLOR | 3/29/2018     Page 1 of 1

## Financials

Financials        Expand All | Collapse All

### Financials

Monday, July 02, 2018

NOL Insured Information:
**VIRGINIUS L TAYLOR**

Claim Number:

**H7M8423**

RP Sequence Number:
**001**

Responsible Party Information:
**UPS MACHINERY SERVICES INC
806 SEACO CT UNIT 580
DEER PARK , TX 77536**

Loss Date:
**03/29/2018**

Accident State:
**MOBILE, AL**

Summary of Loss:

### Claimant Summary

| Claimant Number | Name | Type | Cov Code | Deductible | Reduction | Total Subro Demand |
|---|---|---|---|---|---|---|
| 001 | VIRGINIUS L TAYLOR | INSD | COLL | $500.00 | $0.00 | $12,831.84 |
| | | | RR | $0.00 | $0.00 | $1,087.19 |
| | 001 CMT (SUBTOTAL) | | | $0.00 | $0.00 | $13,919.03 |
| | TOTALS (AMOUNT DUE) | | | $0.00 | $0.00 | $13,919.03 |

### Payment Details

| Clm Nbr | PERS Auth Id | Cov Cd | Reference | Seq Nbr | Transaction Date | Amount | Payee or Sold to Name | For | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 001 | BNH | COLL | 0025303885 | 001 | 04/05/2018 | $7,697.36 | JOE BULLAR D COLLISION CENTER | TRAVELERS CLAIM H7M8 423-001 | 2017 ACUR MDX W/ADV AN CE PKG/S UPER HANDL ING AWD 4D UTV 6-3.5 |
| 001 | BNH | COLL | 0025346618 | 002 | 04/16/2018 | $4,069.87 | JOE BULLAR D COLLISION CENTER | TRAVELERS CLAIM H7M8 423- VIRGIN IUS TAYLOR | 2017 ACUR MDX W/ADV AN CE PKG/S UPER HANDL ING AWD 4D UTV |
| 001 | ENT$ | RR | 0002439488 | 003 | 05/03/2018 | $1,087.19 | ENTERPRISE RAC | | |
| 001 | AW1 | COLL | 0025497268 | 004 | 05/21/2018 | $564.61 | JOE BULLAR D COLLISION CENTER | | SUPPLEMENT S02 2017 A CURA MDX |

Indemnity Net Paid Amount:
**$13,419.03**

### Expense Details