```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

|  |  |
|---|---|
| **VIRGINIUS LESLIE TAYLOR, JR.,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 19-00997-B |
| **UPS MACHINERY SERVICES, INC.,** *et al.,* | * |
| Defendants. | * |

## ORDER

This action is before the Court on Defendant Enterprise FM Trust, Inc.'s "Motion to Dismiss Plaintiff's Complaint." (Doc. 5). Plaintiff shall file a response by **December 16, 2019**. Any reply by Defendants shall be filed by **December 30, 2019.**

**DONE** this the **25th** day of **November, 2019.**

                                                    **/s/ SONJA F. BIVINS**
                                          **UNITED STATES MAGISTRATE JUDGE**