# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VIRGINIUS LESLIE TAYLOR, JR.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 19-0997-WS-B ) |
| **UPS MIDSTREAM SERVICES, INC.** and **WALLACE W. COOPER,** | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice (doc. 58), signed by all parties that have appeared in this action, by and through their respective counsel. The Stipulation reflects that the parties mutually request and consent to the dismissal with prejudice of this action in its entirety, with each side to bear his or its own costs.

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., a plaintiff may dismiss his or her action without a court order by filing a stipulation of dismissal signed by all parties that have appeared. The Stipulation satisfies the requirements of Rule 41(a)(1)(A)(ii), and is therefore effective as filed. Accordingly, it is **ordered** that this action is **dismissed with prejudice**, with each party to be responsible for bearing his or its own costs.

DONE and ORDERED this 18th day of August, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE